**SO ORDERED.**

**SIGNED this 06 day of July, 2010.**



_____
**JAMES P. SMITH
UNITED STATES BANKRUPTCY JUDGE**
_____

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Sharon S. Beverly<br>929 Skelton Road<br>Thomaston, GA  30286 | CHAPTER 13<br><br>CASE NO. 07-51610-JPS<br><br>ATTORNEY:  DON E. SNOW |

### ORDER OF DISMISSAL

    It appearing to the Court that the trustee has moved to dismiss the above-captioned case, and sent notice of said motion and hearing date to the debtor and debtor's attorney; and a hearing was held on this motion wherein just cause was found to grant the trustee's motion; and it is hereby

    **ORDERED** that this case be and the same is dismissed; and it is further

    **ORDERED** that the Clerk of this Court take such action as is appropriate to close this case.

END OF DOCUMENT

Prepared by:
Camille Hope, Trustee
P.O. Box 954
Macon GA 31202
Telephone (478) 742-8706