**SO ORDERED.**

**SIGNED this 07 day of July, 2010.**



                                              **JAMES P. SMITH**
                                   **UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SHARON S. BEVERLY,<br>    Debtor | CASE NO. 07-51610-JPS |
| U.S. BANK, N.A.,<br>    Movant | |
| v. | |
| SHARON S. BEVERLY,<br>    Respondent | |

### ORDER ON MOTION FOR RELIEF FROM STAY

The above styled Motion having come on before the Court for hearing on the 1st day of July, 2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest;

IT IS HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) stay regarding any and all creditor action is lifted by this Court as to U.S. Bank, N.A.,

Movant herein, its successors and assigns, regarding the real property known as 929 Skelton Rd, Thomaston, Georgia and premises of the Debtors described in the Deed to Secure Debt attached to Movant's Motion as Exhibit "A" and incorporated herein by reference.

FURTHER ORDERED that Movant, its successors and assigns, be allowed to proceed as the holder of the Deed to Secure Debt designated in this case, to assert its rights, including, but not limited to, the institution of foreclosure proceedings, by advertising for foreclosure sale pursuant to the Power of Sale provision contained in the Deed to Secure Debt, and to assert any or all of its respective rights under Georgia law, as to its collateral.

FURTHER ORDERED, that the provisions of Bankruptcy Rule 4001(A)(3) are waived and the Order shall be in full force and effect upon the signature of this Court.

END OF DOCUMENT

PREPARED AND PRESENTED BY:

*/s/ Daniel L. Wilder*
DANIEL L. WILDER, Bar No. 141448
EMMETT L. GOODMAN, JR., LLC
544 Mulberry Street, Ste. 800
Macon, GA 31201
Telephone: (478) 745-5415